UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TINA COULBERTSON,

    Plaintiff,

    v.

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,

    Defendants.

Case No. 16-cv-05672-RS

**ORDER DENYING MOTION TO CONSOLIDATE CASES**

Defendants Equifax, Inc. and Experian Information Solutions, Inc. move to consolidate more than 170 cases filed in this district over the past year by Plaintiff's counsel, Sagaria Law P.C., alleging credit reporting inaccuracies based on Chapter 13 bankruptcy proceedings. Federal Rule of Civil Procedure 42(a) provides: "If actions before the court involve a common question of law or fact, the court may . . . consolidate the actions." Whether or not to consolidate cases is at the discretion of the district court. *Inv'rs Research Co. v. U.S. Dist. Court for Cent. Dist. of California*, 877 F.2d 777, 777 (9th Cir. 1989).

Consolidation across the district is not warranted at this juncture. The motion to consolidate is thus denied. However, consistent with evolving district practice, all cases assigned to the undersigned that name the same defendants and involve similar allegations will be coordinated. To date, those cases are: 3:16-cv-05672, 3:16-cv-05699, 3:16-cv-05717, 3:16-cv-06328, 3:16-cv-06366, and 3:16-cv-05696. To the extent possible, those cases will be heard on the same dates for hearings. For case management, the parties must file one joint case management statement for all six cases, but they should file the document in each case. Pursuant to Civil Local Rule 7-1(b), this matter is suitable for disposition without oral argument and the February 23, 2017, hearing will be vacated.

**IT IS SO ORDERED**.

Dated: February 3, 2017

RICHARD SEEBORG
United States District Judge