Scott J. Sagaria (SBN 217981)
Elliot W. Gale (SBN 263326)
Joe Angelo (SBN 268542)
SAGARIA LAW, P.C.
2033 Gateway Pl., 5th Floor
San Jose, CA 95110
Telephone: (408) 279-2288
Facsimile: (408) 297-2299

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA COULBERTSON,<br><br>  Plaintiff,<br><br> v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al,<br><br>  Defendants. | Case No.: 3:16-cv-05672-RS<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT TD BANK USA, NATIONAL ASSOCIATION; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Tina Coulbertson and defendant TD Bank USA, National Association that TD Bank USA, National Association be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

DATED: April 13, 2017                    **Sagaria Law, P.C.**

                              By:    /s/ Elliot Gale
                                     Elliot Gale
                                     Attorney for Plaintiff Tina Coulbertson


DATED: April 13, 2017                    **Hinshaw & Culbertson, LLP**

                              By:    /s/ Renee Choy Ohlendorf
                                     Renee Choy Ohlendorf
                                     Attorney for Defendant TD Bank USA,
                                     National Association


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation.  I hereby attest that Renee Choy Ohlendorf has concurred in this filing.


/s/ Elliot Gale


### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, TD Bank USA, National Association is dismissed with prejudice.  Plaintiff and Defendant TD Bank USA, National Association are each to bear her or its own attorneys' fees and costs.

IT IS SO ORDERED.


DATED:      4/13/17            _____
                              Hon. Richard Seeborg
                              UNITED STATES DISTRICT JUDGE