Scott J. Sagaria (SBN 217981)
Elliot W. Gale (SBN 263326)
Joe Angelo (SBN 268542)
SAGARIA LAW, P.C.
2033 Gateway Pl., 5th Floor
San Jose, CA 95110
Telephone: (408) 279-2288
Facsimile: (408) 297-2299

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA COULBERTSON,<br><br>            Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS,<br>INC., et al,<br><br>            Defendants. | Case No.: 3:16-cv-05672-RS<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; [~~PROPOSED~~] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Tina Coulbertson and defendant Experian Information Solutions, Inc. that Experian Information Solutions, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

DATED: May 3, 2017                    **Sagaria Law, P.C.**

                                      By:    */s/ Elliot Gale*_____
                                             Elliot Gale
                                             Attorney for Plaintiff Tina Coulbertson


DATED: May 3, 2017                    **Jones Day**

                                      By:    */s/ Celia M. Jackson*_____
                                             Celia M. Jackson
                                             Attorney for Defendant Experian
                                             Information Solutions, Inc.


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation.  I hereby attest that Celia M. Jackson has concurred in this filing.


*/s/ Elliot Gale*


### [~~PROPOSED~~] ORDER

    Pursuant to the stipulation of the Parties, Experian Information Solutions, Inc. is dismissed with prejudice.

    IT IS SO ORDERED.


DATED:      5/4/17_____          _____
                                   Hon. Richard Seeborg
                                   UNITED STATES DISTRICT JUDGE