Scott J. Sagaria (SBN 217981)
Elliot W. Gale (SBN 263326)
Joe Angelo (SBN 268542)
SAGARIA LAW, P.C.
2033 Gateway Pl., 5th Floor
San Jose, CA 95110
Telephone: (408) 279-2288
Facsimile: (408) 297-2299

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA COULBERTSON, | Case No.: 3:16-cv-05672-RS |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER** |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al, | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Tina Coulbertson and defendant Equifax, Inc. that Equifax, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//
//
//
//
//

STIPULATION FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER -1-

DATED: May 4, 2017          **Sagaria Law, P.C.**

By:    */s/ Elliot Gale*
       Elliot Gale
       Attorney for Plaintiff Tina Coulbertson

DATED: May 4, 2017          **Nokes & Quinn, APC**

By:    */s/ Thomas P. Quinn, Jr.*
       Thomas P. Quinn, Jr.
       Attorney for Defendant Equifax, Inc.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Thomas P. Quinn, Jr. has concurred in this filing.

*/s/ Elliot Gale*

### [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties, Equifax, Inc. is dismissed with prejudice.

IT IS SO ORDERED.

DATED:   5/4/17

Hon. Richard Seeborg
UNITED STATES DISTRICT JUDGE